UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      15-cr-592 (PKC)

       -against-                                     <u>ORDER</u>

ANDRE HEREDIA-CUEVAS,

                       Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The sentencing scheduled for May 13, 2016 is adjourned to June 13, 2016 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                  P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
          April 20, 2016