

May 2, 2016

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

     Re: *United States v. Acosta*, 15 Cr. 592 (PKC)

Dear Judge Castel:

     We represent Esmeraldo Acosta in the above-referenced matter. Mr. Acosta's sentencing submission is due no later than May 5, 2016, and sentencing is scheduled for May 19, 2016.

     We respectfully request a few extra days -- until May 9, 2016 -- to complete and submit our sentencing submission on Mr. Acosta's behalf. The main reason for this request is that an interpreter who was scheduled to join a client meeting this morning cancelled due to illness, and we will be unable now to meet with Mr. Acosta, at the earliest, until the end of this week.

     Counsel for the government does not object to this request and does not seek an extension of its May 12, 2016 deadline.

     Respectfully submitted,

     /s/Harry H. Rimm

     Harry H. Rimm

cc:    Drew Johnson-Skinner, Esq.  (Via ECF)