# EXHIBIT A

①

Honorable P. Kevin Castel
U.S District Judge

acepto, Reconozco, Y admito
mi error dentro de mi
Familia: Viviana Acosta, "nizali
iva nova", "Lisel", "æ maximo"
Y mi hijo: Justin Acosta, Elizabeth
Acosta. Y La sociedad él cual
usted representa Judge.
         U.S.A
         Perdon... Perdon
señor Juez
Magistrate: quiero pedirle
si los puedo ver, o
mirar a uste a los ojos
Cuando esté en su Corte Y
que no sea una ofensa a
su Autoridad.
      Introduccion a. U.S.A. 1990, 2016
Historia de trabajo:
1) 1884 monroe Av, Bx. N.Y. 1990
Bendiendo c.d. de musica, R.D
él cual me ganaba $80 a $90
dolares a las semana.
él cual deje por rasones de tri
trabajo... continua

②

2) 3890 Park AV = BX. N.Y. 1992
en un taller de hacer
santo de lleso ganando
$110 dolars a  + la semana,
Y cuándo termino mi a 5 P.M.
de la tarde. compraba lata
Y Botella ganando $40 a $50 dolares
diarios. +

3) Atlantic city N.J. 1994
Construction ganando $80 dolares
diarios. el cual Soy arrestado
con mi novia  + Jesica Cruz
Por la rason de que a ella le
encontraron  +sustancia
controlada. ilegal el cual en
corte ella  + tomo su
reponsabilida + le dijo a el
+ Juez que era de + su uso
+ a  + mi me desetimaron
los cargo.

③

4) 355 east 173 $^{st}$ BX. NY 1995.
mecanica ganando $250 dolares
a las / semana él cuál
tenia dos reponsabilidad. de
dos hijos / el cual visitaro
dos / vesz a la semana.
Y tomo cutodia en el 1997.

Mi Famalia Primero

5) 1030 Reverend James. A. Polite $^{AV}$
BX. N. Y = rento una llarda
para Parking carro 1999 no en
el / 2000. usos cobrar $5 dolar
diario por carro y una renta
de $600 dolares / al més

6) 2004 = 1385 Washingtlo
Washington AV BX / N. Y AP10E
E$M / Trucking
ganando uno / $600 08/700,$800
a la semana.

7) 2008 D & D. trucking Y
/$/ trucking que es la
misma / / compañia
Ganando uno $280 a $300.
a la semana.

④

8) 2015: metropolitan Correctional Center 150 Park Row, ganando unos $19.20 al mes

9) 2016: MDC BrooklYn 80.29TH BrooklYn, N.Y. 11232. ganando unos $22.80 al mes

~~señor Juez~~
~~magistrate.~~

Siempre me he mantenido trabajando en este U.S.

# REDACTED

(5)

# REDACTED

Le pido Señor Juez, que
tenga misericordia y
Compasión de mis y estoy
Preparado para aceptar
Cualquier sentencia que
me imponga

mayo 05, 2016
                    Atentamente

        Esmeralda Acosta

[*TRANSLATION*]

(1)

Honorable P. Kevin Castel
U.S. District Judge

I accept, acknowledge, and admit my mistake to my family: Viviana Acosta, Nixali, Ivanova [*Acosta*], Gisel [*Acosta*], Maximo [*Acosta*], my son Justin Acosta, Elizabeth Acosta, and the society that you, Judge, represent, the U.S.A.

I am sorry… I am sorry

Your Honor: I want to ask you if it is all right to look at you or look into your eyes when I am in your courtroom because I don't want to offend your authority.

Introduction into USA - 1990 to 2016

Job history:

1) 1884 Monroe Av, [*Bronx*], NY – 1990
   I sold music CDs from the Dominican Republic making $80 to $90 per week.
   I stopped doing that because I got another job… Continues [*on next page*]

(2)

2) 3890 Park Av – [*Bronx*], NY  -  1992
   [*I worked at a*] workshop making clay sculptures of saints and earning $110 per week. After I would finish work at 5PM, I would buy tin and bottles, making $40 to $50 per day.

3) Atlantic City, NJ – 1994
   [*I worked in*] construction earning $80/day. I got arrested with my girlfriend Jesica Cruz because she was found with an illegal controlled substance.  In court, she assumed responsibility, told the Judge that it was for her use, and the charges against me were dismissed.

(3)

4) 355 East 173rd St – [*Bronx*], NY – 1995
   [*I worked as a*] mechanic earning $250 per week.  I was responsible for my two children, whom I visited twice a week.  In 1997, I got custody of my children.

My Family First

5) 1030 Reverend James A. Polite Av – [*Bronx*], NY
   I rented a place to park cars in 2000, not in 1999. I was making $5 daily per car
   and paying $600 in rent per month.

6) 2004. 1385 Washington Av – [*Bronx*], NY AP10F
   E&M Trucking. I was making around $600, $700, $800 per week.

7) 2008. D&D Trucking and J&J Trucking, which were the same company.
   I was making around $250 to $300 per week.

(4)

8) 2015. Metropolitan Correctional Center, 150 Park Row.
   I earned about $19.20/month

9) 2016. MDC Brooklyn, 80 29th [*St*] Brooklyn, NY 11232
   I earned around $22.80/month

Your Honor

I have always worked in the US.

REDACTED

I ask Your Honor to have compassion and mercy on me; I am prepared to accept any
sentence you will impose on me.

May 05, 2016

Sincerely,

[*There follows a signature that reads:*]
Esmeraldo Acosta

[*Translated on 5/5/2016 by Cristina Weisz, Federally Certified Court Interpreter and Accredited Spanish Translator, A.T.A.  Please note that words in brackets are translator's inclusions for clarity.  The original contains spelling and grammatical errors*]