# EXHIBIT D

Ivanova Acosta, MSW
38 Allen Road
Norwalk, CT 06851
347-968-0041

March 18, 2016

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Honorable Judge Castel,

    Inmate, socially unacceptable and criminal are some of the character traits associated with an incarcerated individual, but who is Esmeraldo Acosta? Why does he deserve your leniency after committing a crime?

    Esmeraldo Acosta, my uncle, is a thoughtful and respectful person. I have known him for 32 years. My father passed away in February 2002 and Esmeraldo assumed the role of a father figure to my siblings and me. Esmeraldo never missed a birthday, graduation, Christmas, New Years, Baptism orThanksgiving. Additionally, he has provided my family with emotional and financial support throughout our lives.

    I admire Esmeraldo because he admitted that he made a mistake, a trait that lacks in a lot of individuals. Esmeraldo has based his life on his family and I wouldn't be where I am today without his guidance and support. I remember our car rides which consisted of: "Ivanova, go to school, never leave school, get a job, be independent and don't stop at a bachelor's degree".

    Following my college graduation, I took a few years off and Esmeraldo was disappointed citing "Ivanova, you have to work towards your master's degree". His guidance has proven to be fruitful. I am a 32 year old independent women with a Master's Degree in Social Work and I am gainfully employed with the State of Connecticut.

    I understand that Esmeraldo committed a crime: drug conspiracy; however, your leniency represents my family. Esmeraldo has a family that love and care for him deeply. I describe family as security, respect and someone to share your problems. My family and I will always support my uncle and as a unit, we will ensure that our support is worthy of societal standards.

    Your leniency towards my uncle would mean that my siblings and I would have our father back to continue to guide us, specifically my unborn nephew that is schedule to arrive in July 2016.

Thank you in advance for your consideration.

Best Regards,

*[signature]*
Ivanova Acosta