# EXHIBIT E

Maximo Acosta
1385 Washington Avenue, Apt 10F
Bronx, NY 10456

March 25, 2016

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: On behalf of Esmeraldo Acosta

Dear Honorable Judge Castel,

I am writing this letter on behalf of my uncle, Esmeraldo Acosta. My father, Maximino Acosta passed away in February 2002 and I perceive Mr. Acosta as a father figure. Mr. Acosta made sure that I attended school, achieve good grades and be a prominent member of society. Through his parental guidance, I learned respect, discipline, structure and balance. He encouraged me to stay in school and not focus on friends that did not go to school. I remember the day I graduated high school like it was yesterday. Mr. Acosta told me "so, what college am I driving you". He drove me 8 hours to Buffalo in the blizzard to ensure that I arrived on time to my college orientation.

Following my father's death, resources were limited in my household; however, he provided for my whole family. Mr. Acosta taught me how to drive, ride a bicycle but overall I learned respect and work ethnics.

I have been gainfully employed over the past two years in the parking industry. As a result of the structure I learned, I am interested in pursuing a certificate in Business management for the purpose of opening my own parking garage in the near future.

2015 was a tough year for my family due to my uncles' incarceration, specifically Christmas, New Years and birthdays. I am asking for your leniency on my uncles' sentencing. Honorable Judge Castel, I already lost my father, please help my family stay together.

Sincerely,

*Maximo Acosta* (signature)

Maximo Acosta