# EXHIBIT G

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**WORK PERFORMANCE RATING**

| | | | | | |
|---|---|---|---|---|---|
| Inmate's Name | Acosta, Esmeraldo | Unit | KN | Work Assignment | Food Service AM. |
| Register No. | 72542-054 | | | Comments | |
| Evaluation Period | September 2015 | | | | |

*To Dept head for Review.  Then to Unit Team*

CIRCLE THE BEST STATEMENT IN EACH AREA.  BASE YOUR RATINGS ON THE INMATE'S OVERALL PERFORMANCE FOR THIS RATING PERIOD-NEITHER THE INMATES'S BEST DAY NOR WORST DAY-AS COMPARED TO WHAT IS EXPECTED OF A SATISFACTORY WORKER IN THE ASSIGNMENT.

**A. QUALITY OF WORK**

1. Unsatisfactory.  Makes more errors than should for this level of training.  Work must be redone.
2. Fair.  Careless: makes mistakes and does not check work.  Should do better work.
3. Satisfactory.  Makes some mistakes but no more than expected at this level.
4. Good.  Makes fewer mistakes but no more than expected at this level.
5. Outstanding.  Does superior work.

**B. QUANTITY OF WORK**

1. Unsatisfactory.  Lazy, waste time, goofs off.
2. Fair.  Does just enough to get by.  Has to be prodded occasionally.
3. Satisfactory.  Works steadily but does not push self.
4. Good.  Willing worker.  Does a full day's work and waste's little time.
5. Outstanding.  Drives self exceptionally hard all the time.

**C. INITIATIVE**

1. Unsatisfactory.  Always waits to be told what to do.  Needs help getting started.
2. Fair.  Usually relies on others to say what needs to be done.
3. Satisfactory.  Can adapt to changes in routine.  Will start work without waiting to be told.
4. Good.  Can plan own work well.  Acts on own in most things.  Doesn't want to be told what to do.
5. Outstanding.  Has good ideas on better ways of doing things.

**D. INTEREST: EAGERNESS TO LEARN**

1. Poor.  Shows no interests in job.  Regards job as a drag or waste of time.
2. Fair.  Shows minimal interests but not very eager to learn.
3. Satisfactory.  Shows average amount of interest.  Wants to learn own job but doesn't put extra effort.
4. Good.  Above-average interest in job.  Asks questions about own work and related work.  May do extra work to improve skills.
5. Outstanding.  Eager to master job.  Wants to know everything there is to know about it.  May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**

1. Poor.  Has very low aptitude and is very slow to learn.  Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair.  Slow but if the person tried, eventually will pick up the skills.  Need more instructions than most.
3. Average.  No slower and no faster to learn than most inmates, Require average amount of instruction.
4. Good.  Learns rapidly.  Good memory.  Rarely makes the same mistake twice.
5. Outstanding.  Very quick to learn.  Excellent memory.  Is learning much more rapidly than most inmates assigned here.  Never makes the same mistake twice.

**F. NEED FOR SUPERVISION DEPENDABILITY SAFETY: CARE OF EQUIPMENT**

1. Needs constant supervision.  If left unsupervised will foul up, get in trouble, or wander of. Undependable.
2. Needs closer supervision than most.  Not very dependable.
3. Average.  Can be relied on for certain things but must be supervised by others.  Usually prompt and dependable.
4. Needs little supervision.  Good record of dependability and promptness.
5. No supervision required.  Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

1. Poor.  Resentful and hostile.  May argue with supervisor.
2. Fair.  Resists or ignores suggestions.
3. Satisfactory.  Generally does what is told without any fuss.
4. Good.  No hostility or resentment.  Tries to improve.
5. Outstanding.  Makes a real effort to please the Instructor.  Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**

1. Poor.  Negativity, hostile, annoying to others.
2. Fair.  Doesn't make friends easily.  Has some interpersonal difficulties.
3. Satisfactory.  Gets along OK with co-workers and accepted by them.
4. Good.  Friendly, congenial, helpful: others like to work with.
5. Outstanding.  Gets along well with everyone.  Very popular.

**I. OVERALL JOB PROFICIENCY**

Based on this inmate's overall performance during this work period.  If this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**

| | |
|---|---|
| Performance Pay - Grade Class | (Circle one) 1 - 2 - 3 - 4 - M |
| Hours of Satisfactory work: | 160 X 0.12 |
| Regular Pay: | $ 19.20 |
| Bonus Recommended: | |
| Total Pay | $ 19.20 |
| A. Canales  *(signature)* | 10/01/2015 |
| (Supervisor's Signature) | Date |
| | |
| (Inmate's Signature) | Date |

Inmate: _____ was _____ requested to sign this rating form, but refused, citing the following:

_____

_____

(Staff Witness Signature)        Date

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

WORK PERFORMANCE RATING

Inmate's Name: Acosta, Esmeraldo    Unit: KN    Work Assignment: Food Service AM.

Register No.: 72542-054

Evaluation Period: October 2015

Comments: Inmate Acosta keep doing Doing a good performance in what is ask in the Food Service Area.

*To Dept head for Review. Then to Unit Team*

CIRCLE THE BEST STATEMENT IN EACH AREA. BASE YOUR RATINGS ON THE INMATE'S OVERALL PERFORMANCE FOR THIS RATING PERIOD-NEITHER THE INMATES'S BEST DAY NOR WORST DAY-AS COMPARED TO WHAT IS EXPECTED OF A SATISFACTORY WORKER IN THE ASSIGNMENT.

**F. NEED FOR SUPERVISION DEPENDABILITY SAFETY: CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander of. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
④. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
④ Good. Makes fewer mistakes but no more than expected at this level.
5. Outstanding. Does superior work.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
④ Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the Instructor. Does exactly as is told.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, waste time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
④ Good. Willing worker. Does a full day's work and waste's little time.
5. Outstanding. Drives self exceptionally hard all the time.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativity, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with co-workers and accepted by them.
④ Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
④ Good. Can plan own work well. Acts on own in most things. Doesn't want to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period. If this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
⑤ Promote the person to a more demanding job at a higher pay rate?

**D. INTEREST: EAGERNESS TO LEARN**
1. Poor. Shows no interests in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interests but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but doesn't put extra effort.
④ Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**J. GRADES AND PAY**

Performance Pay - Grade Class    (Circle one) 1 - 2 - 3 - ④ M

Hours of Satisfactory work:    160 X 0.12

Regular Pay:    $ 19.20

Bonus Recommended:    $9.60

Total Pay:    $ 28.80

A. Canales    *[signature]*    11/01/2015
(Supervisor's Signature)    Date

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if the person tried, eventually will pick up the skills. Need more instructions than most.
3. Average. No slower and no faster to learn than most inmates, Require average amount of instruction.
④ Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

(Inmate's Signature)    Date

Inmate: _____ was _____ requested to sign this rating form, but refused, citing the following:

_____

(Staff Witness Signature)    Date

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**WORK PERFORMANCE RATING**

| | | | | | |
|---|---|---|---|---|---|
| Inmate's Name | Acosta, Esmeraldo | Unit | KN | Work Assignment | Food Service AM. |
| Register No. | 72542-054 | | | Comments | |
| Evaluation Period | November 2015 | | | | |

*To Dept head for Review.  Then to Unit Team*

CIRCLE THE BEST STATEMENT IN EACH AREA.  BASE YOUR RATINGS ON THE INMATE'S OVERALL PERFORMANCE FOR THIS RATING PERIOD-NEITHER THE INMATES'S BEST DAY NOR WORST DAY-AS COMPARED TO WHAT IS EXPECTED OF A SATISFACTORY WORKER IN THE ASSIGNMENT.

**A. QUALITY OF WORK**

1. Unsatisfactory.  Makes more errors than should for this level of training.  Work must be redone.
2. Fair.  Careless: makes mistakes and does not check work.  Should do better work.
3. Satisfactory.  Makes some mistakes but no more than expected at this level.
4. Good.  Makes fewer mistakes but no more than expected at this level. ✓
5. Outstanding.  Does superior work.

**B. QUANTITY OF WORK**

1. Unsatisfactory.  Lazy, waste time, goofs off.
2. Fair.  Does just enough to get by.  Has to be prodded occasionally.
3. Satisfactory.  Works steadily but does not push self.
4. Good.  Willing worker.  Does a full day's work and waste's little time.
5. Outstanding.  Drives self exceptionally hard all the time.

**C. INITIATIVE**

1. Unsatisfactory.  Always waits to be told what to do.  Needs help getting started.
2. Fair.  Usually relies on others to say what needs to be done.
3. Satisfactory.  Can adapt to changes in routine.  Will start work without waiting to be told.
4. Good.  Can plan own work well.  Acts on own in most things.  Doesn't want to be told what to do. ✓
5. Outstanding.  Has good ideas on better ways of doing things.

**D. INTEREST: EAGERNESS TO LEARN**

1. Poor.  Shows no interests in job.  Regards job as a drag or waste of time.
2. Fair.  Shows minimal interests but not very eager to learn.
3. Satisfactory.  Shows average amount of interest.  Wants to learn own job but doesn't put extra effort.
4. Good.  Above-average interest in job.  Asks questions about own work and related work.  May do extra work to improve skills. ✓
5. Outstanding.  Eager to master job.  Wants to know everything there is to know about it.  May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**

1. Poor.  Has very low aptitude and is very slow to learn.  Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair.  Slow but if the person tried, eventually will pick up the skills.  Need more instructions than most.
3. Average.  No slower and no faster to learn than most inmates, Require average amount of instruction.
4. Good.  Learns rapidly.  Good memory.  Rarely makes the same mistake twice. ✓
5. Outstanding.  Very quick to learn.  Excellent memory.  Is learning much more rapidly than most inmates assigned here.  Never makes the same mistake twice.

**F. NEED FOR SUPERVISION DEPENDABILITY SAFETY: CARE OF EQUIPMENT**

1. Needs constant supervision.  If left unsupervised will foul up, get in trouble, or wander of. Undependable.
2. Needs closer supervision than most.  Not very dependable.
3. Average.  Can be relied on for certain things but must be supervised by others.  Usually prompt and dependable.
4. Needs little supervision.  Good record of dependability and promptness. ✓
5. No supervision required.  Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

1. Poor.  Resentful and hostile.  May argue with supervisor.
2. Fair.  Resists or ignores suggestions.
3. Satisfactory.  Generally does what is told without any fuss.
4. Good.  No hostility or resentment.  Tries to improve. ✓
5. Outstanding.  Makes a real effort to please the Instructor.  Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**

1. Poor.  Negativity, hostile, annoying to others.
2. Fair.  Doesn't make friends easily.  Has some interpersonal difficulties.
3. Satisfactory.  Gets along OK with co-workers and accepted by them.
4. Good.  Friendly, congenial, helpful: others like to work with. ✓
5. Outstanding.  Gets along well with everyone.  Very popular.

**I. OVERALL JOB PROFICIENCY**

Based on this inmate's overall performance during this work period.  If this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate? ✓

**J. GRADES AND PAY**

| | |
|---|---|
| Performance Pay - Grade Class | (Circle one) 1 - 2 - 3 - **4** - M |
| Hours of Satisfactory work: | 160 X 0.12 |
| Regular Pay: | $ 19.20 |
| Bonus Recommended: | |
| Total Pay | $ 19.20 |

A. Canales  /  *[signature]*  /  12/01/2015

(Supervisor's Signature)  —  Date

_____

(Inmate's Signature)  —  Date

Inmate: _____ was _____ requested to sign this rating form, but refused, citing the following:

_____

_____

(Staff Witness Signature)  —  Date

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**WORK PERFORMANCE RATING**

| | | | | |
|---|---|---|---|---|
| Inmate's Name | Acosta, Esmeraldo | Unit KN | Work Assignment | Food Service AM. |
| Register No. | 72542-054 | | Comments | |
| Evaluation Period | December 2015 | | | |

*To Dept head for Review.   Then to Unit Team*

CIRCLE THE BEST STATEMENT IN EACH AREA.  BASE YOUR RATINGS ON THE INMATE'S OVERALL PERFORMANCE FOR THIS RATING PERIOD-NEITHER THE INMATES'S BEST DAY NOR WORST DAY-AS COMPARED TO WHAT IS EXPECTED OF A SATISFACTORY WORKER IN THE ASSIGNMENT.

**A. QUALITY OF WORK**

1. Unsatisfactory.  Makes more errors than should for this level of training.  Work must be redone.
2. Fair.  Careless: makes mistakes and does not check work.  Should do better work.
3. Satisfactory.  Makes some mistakes but no more than expected at this level.
4. Good.  Makes fewer mistakes but no more than expected at this level.
5. Outstanding.  Does superior work.

**B. QUANTITY OF WORK**

1. Unsatisfactory.  Lazy, waste time, goofs off.
2. Fair.  Does just enough to get by.  Has to be prodded occasionally.
3. Satisfactory.  Works steadily but does not push self.
4. Good. Willing worker.  Does a full day's work and waste's little time.
5. Outstanding.  Drives self exceptionally hard all the time.

**C. INITIATIVE**

1. Unsatisfactory.  Always waits to be told what to do.  Needs help getting started.
2. Fair.  Usually relies on others to say what needs to be done.
3. Satisfactory.  Can adapt to changes in routine.  Will start work without waiting to be told.
4. Good.  Can plan own work well.  Acts on own in most things.  Doesn't want to be told what to do.
5. Outstanding.  Has good ideas on better ways of doing things.

**D. INTEREST: EAGERNESS TO LEARN**

1. Poor.  Shows no interests in job.  Regards job as a drag or waste of time.
2. Fair.  Shows minimal interests but not very eager to learn.
3. Satisfactory.  Shows average amount of interest.  Wants to learn own job but doesn't put extra effort.
4. Good.  Above-average interest in job.  Asks questions about own work and related work.  May do extra work to improve skills.
5. Outstanding.  Eager to master job.  Wants to know everything there is to know about it.  May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**

1. Poor.  Has very low aptitude and is very slow to learn.  Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair.  Slow but if the person tried, eventually will pick up the skills.  Need more instructions than most.
3. Average.  No slower and no faster to learn than most inmates, Require average amount of instruction.
4. Good.  Learns rapidly.  Good memory.  Rarely makes the same mistake twice.
5. Outstanding.  Very quick to learn.  Excellent memory.  Is learning much more rapidly than most inmates assigned here.  Never makes the same mistake twice.

**F. NEED FOR SUPERVISION DEPENDABILITY SAFETY: CARE OF EQUIPMENT**

1. Needs constant supervision.  If left unsupervised will foul up, get in trouble, or wander of. Undependable.
2. Needs closer supervision than most.  Not very dependable.
3. Average.  Can be relied on for certain things but must be supervised by others.  Usually prompt and dependable.
4. Needs little supervision.  Good record of dependability and promptness.
5. No supervision required.  Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

1. Poor.  Resentful and hostile.  May argue with supervisor.
2. Fair.  Resists or ignores suggestions.
3. Satisfactory.  Generally does what is told without any fuss.
4. Good.  No hostility or resentment.  Tries to improve.
5. Outstanding.  Makes a real effort to please the Instructor.  Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**

1. Poor.  Negativity, hostile, annoying to others.
2. Fair.  Doesn't make friends easily.  Has some interpersonal difficulties.
3. Satisfactory.  Gets along OK with co-workers and accepted by them.
4. Good.  Friendly, congenial, helpful: others like to work with.
5. Outstanding.  Gets along well with everyone.  Very popular.

**I. OVERALL JOB PROFICIENCY**

Based on this inmate's overall performance during this work period.  If this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**

| | |
|---|---|
| Performance Pay - Grade Class | (Circle one) 1 - 2 - 3 - 4 - M |
| Hours of Satisfactory work: | 160 X 0.12 |
| Regular Pay: | $ 19.20 |
| Bonus Recommended: | |
| Total Pay | $ 19.20 |

A.  Canales                                    01/01/2016

(Supervisor's Signature)                    Date

_____
(Inmate's Signature)                         Date

Inmate:                      was      requested to sign this rating form, but refused, citing the following:

_____
(Staff Witness Signature)                    Date

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

# WORK PERFORMANCE RATING

| | | | | |
|---|---|---|---|---|
| Inmate's Name | Acosta, Esmeraldo | Unit KN | Work Assignment | Food Service AM. |
| Register No. | 72542-054 | | Comments | I/M Acosta is doing a good job in the Common Fare area. |
| Evaluation Period | January 2016 | | | |

*To Dept head for Review. Then to Unit Team*

CIRCLE THE BEST STATEMENT IN EACH AREA. BASE YOUR RATINGS ON THE INMATE'S OVERALL PERFORMANCE FOR THIS RATING PERIOD-NEITHER THE INMATES'S BEST DAY NOR WORST DAY-AS COMPARED TO WHAT IS EXPECTED OF A SATISFACTORY WORKER IN THE ASSIGNMENT.

**F. NEED FOR SUPERVISION DEPENDABILITY SAFETY: CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander of. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. *(circled)* Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless: makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. *(circled)* Good. Makes fewer mistakes but no more than expected at this level.
5. Outstanding. Does superior work.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. *(circled)* Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the Instructor. Does exactly as is told.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, waste time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. *(circled)* Good. Willing worker. Does a full day's work and waste's little time.
5. Outstanding. Drives self exceptionally hard all the time.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativity, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with co-workers and accepted by them.
4. *(circled)* Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. *(circled)* Good. Can plan own work well. Acts on own in most things. Doesn't want to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period. If this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. *(circled)* Promote the person to a more demanding job at a higher pay rate?

**D. INTEREST: EAGERNESS TO LEARN**
1. Poor. Shows no interests in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interests but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but doesn't put extra effort.
4. *(circled)* Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**J. GRADES AND PAY**

| | |
|---|---|
| Performance Pay - Grade Class | (Circle one) 1 - 2 - 3 - **4** - M |
| Hours of Satisfactory work: | 160 X 0.12 |
| Regular Pay: | $ 19.20 |
| Bonus Recommended: | $ 8.80 |
| Total Pay | $ 28.00 |

A. Canales  *(signature)*  02/01/2016

(Supervisor's Signature)  Date

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if the person tried, eventually will pick up the skills. Need more instructions than most.
3. Average. No slower and no faster to learn than most inmates, Require average amount of instruction.
4. *(circled)* Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

_____  _____
(Inmate's Signature)  Date

Inmate: _____ was requested to sign this rating form, but refused, citing the following:

_____

_____  _____
(Staff Witness Signature)  Date

Date: 02/18/2016
Time: 09:27 AM

Federal Bureau of Prisons
TRUPAID

Inmate Transactions History Report
Sensitive But Unclassified

Location: NYM

Register #: 72542054
Fiscal 2016

Inmate Name: ACOSTA, ESMERALDO

| Entered Date | Pay Period | Tranx Status | User Id | Department | Pay Area | Rate | Hours | Reg Pay | Bonus | Special Bonus | Achvmnt Awards | Special Awards | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2016 8:12:32 AM | JANUARY 2016 | TRUFACS | TF18802 | FOOD SERVICE | FS AM | $0.12 | 160.00 | $19.20 | $8.80 | $0.00 | $0.00 | $0.00 | $28.00 |
| 1/6/2016 10:58:50 AM | DECEMBER 2015 | TRUFACS | TF18802 | FOOD SERVICE | FS AM | $0.12 | 160.00 | $19.20 | $0.00 | $0.00 | $0.00 | $0.00 | $19.20 |
| 12/1/2015 8:20:07 AM | NOVEMBER 2015 | TRUFACS | TF18802 | FOOD SERVICE | FS AM | $0.12 | 160.00 | $19.20 | $9.60 | $0.00 | $0.00 | $0.00 | $28.80 |
| 11/1/2015 7:44:57 AM | OCTOBER 2015 | TRUFACS | TF18802 | FOOD SERVICE | FS AM | $0.12 | 160.00 | $19.20 | $0.00 | $0.00 | $0.00 | $0.00 | $19.20 |
| 11/1/2015 7:43:30 AM | OCTOBER 2015 | Inactive | TF18802 | FOOD SERVICE | FS AM | $0.12 | 160.00 | $19.20 | $0.00 | $0.00 | $0.00 | $0.00 | $19.20 |

Transaction Status Legend

Inactive - the transaction has been saved and then removed prior to TRUFACS posting.
Entry - the transaction is in data entry mode.
Review - the transaction is in Department or IPC review mode.
Ready - the transaction has been marked as "Ready for TRUFACS Extraction"
TRUFACS - the transaction has been picked up by TRUFACS and posted to the inmate account.
Adv Pay - the transaction has been posted to the inmate account as advance payroll.

User ID: TF18802

Page 1 of 1

Date: 02/18/2016
Time: 09:30 AM

Federal Bureau of Prisons
TRUPAID

Location: NYM

## Inmate Transactions History Report
### Sensitive But Unclassified

Register #: 72542054  Inmate Name: ACOSTA, ESMERALDO
Fiscal 2015

| Entered Date | Pay Period | Tranx Status | User Id | Department | Pay Area | Rate | Hours | Reg Pay | Bonus | Special Bonus | Achvmnt Awards | Special Awards | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/7/2015 12:29:40 PM | SEPTEMBER 2015 | TRUFACS | TF19008 | FOOD SERVICE | FS AM | $0.12 | 160.00 | $19.20 | $0.00 | $0.00 | $0.00 | $0.00 | $19.20 |

Transaction Status Legend

Inactive - the transaction has been saved and then removed prior to TRUFACS posting.
Entry - the transaction is in data entry mode.
Review - the transaction is in Department or IPC review mode.
Ready - the transaction has been marked as "Ready for TRUFACS Extraction"
TRUFACS - the transaction has been picked up by TRUFACS and posted to the inmate account.
Adv Pay - the transaction has been posted to the inmate account as advance payroll.