**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: JUN 01 2016*

Caption:

United States

v.

Esmeraldo Acosta

Docket No.: 15-CR-592

P. Kevin Castel
(District Court Judge)

Notice is hereby given that __Esmeraldo Acosta__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔ , other _____ (specify)

entered in this action on __May 19, 2016__
(date)

This appeal concerns: Conviction only |___| Sentence only |✔| Conviction & Sentence |___| Other |___|

Defendant found guilty by plea |✔| trial |___| N/A |___|

Offense occurred after November 1, 1987? Yes |✔| No |___| N/A |___|

Date of sentence: __May 19, 2016__ N/A |___|

Bail/Jail Disposition: Committed |✔| Not committed |___| N/A |___|

Appellant is represented by counsel? Yes |✔| No |___| If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Harry H. Rimm |
| Counsel's Address: | Sullivan & Worcester LLP |
| | 1633 Broadway, New York, NY 10019 |
| Counsel's Phone: | (212) 660-3000 |
| Assistant U.S. Attorney: | Drew Johnson-Skinner |
| AUSA's Address: | United States Attorney's Office, One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-1587 |

*/s/ Harry H. Rimm*
Signature