**Donald Yannella, P.C.**
**Attorney at Law**
**Member of NY & NJ Bars**
**233 Broadway, Suite 2370**
**New York, NY  10279**

_____

**Tel:  (212) 226-2883**
**Fax:  (646) 430-8379**
**nynjcrimlawyer@gmail.com**

June 9, 2016

Hon. P. Kevin Castel
United States District Court
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

Re:    United States v. Andre Heredia-Cuevas
        15 Cr. 592 (PKC)

Dear Judge Castel:

I am counsel for Andre Heredia-Cuevas, who is scheduled to be sentenced on Monday, June 13, 2016 at 2 PM.

I write to apologize for the late filing of my sentence memorandum.  I have been on trial in Bronx County Supreme Court since the end of March, and I return to court for a verdict tomorrow.  My sentence memorandum was filed yesterday evening.  I respectfully request that Your Honor accept the late filing.

Sincerely,

/s/

Donald J. Yannella, Esq.