# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-23-16

**MEMO ENDORSED**

June 23, 2016

Application Granted,

So Ordered:

*/s/ Hon. P. Kevin Castel*
Hon. P. Kevin Castel, U.S.D.J.
6-23-16

VIA FACSIMILE (212) 805-7949

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Esmeraldo Acosta, 15-CR-592 (PKC)

Dear Judge Castel:

I write in connection with my appointment as CJA counsel for Esmeraldo Acosta.

On September 10, 2015, Your Honor approved reimbursement for my colleague, Clark Freeman, an associate in our firm, for his time in assisting me with, among other things, researching legal issues, reviewing documents and communicating with Mr. Acosta. I understand from the CJA Office that my firm needs the Court's authorization for the amount we are requesting. We are requesting reimbursement of Mr. Freeman's time at the rate of $100 per hour.

We respectfully request that the Court authorize reimbursement for my colleague's time subject to a review of our bills and related worksheets by the CJA Office.

Because of the nature of this request, we have not copied the prosecution or filed it on ECF.

Respectfully submitted,

*/s/ Harry H. Rimm*

Harry H. Rimm

BOSTON   LONDON   NEW YORK   WASHINGTON, DC